**No. 49910.**—Protest 25936–K of Ciba Co., Inc. (New York).

Opinion by COLE, J.  In accordance with stipulation of the interested parties

that each of the products in question contains materials provided for in said section 701 as follows: Sapamine KWC Pat.—53 percent; Silvatol I—29 percent, the merchandise was held subject to an internal revenue tax of 3 cents per pound under said section to the extent that the weight by quantity of the taxable material bears to the total weight of each of the imported products. Protest sustained to this extent.